**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAREN GEORGES,** | : | |
|     Plaintiff | : | No. 1:16-cv-01757 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ETTLINE FOODS CORPORATION,** | : | (Magistrate Judge Arbuckle) |
|     Defendant | : | |

## ORDER

Before the Court is the February 21, 2017 Report and Recommendation of Magistrate Judge Arbuckle. (Doc. No. 16.) No timely objections have been filed. **ACCORDINGLY**, on this 9th day of March 2017, upon independent review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Arbuckle (Doc. No. 16);

2. Defendant's unopposed motion to dismiss Plaintiff's complaint with prejudice pursuant to Rule 37 of the Federal Rules of Civil Procedure (Doc. No. 14), is **GRANTED**;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania